UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
OORAH, INC.

                Plaintiff,

    -against-

MARVIN SCHICK, THE JEWISH
FOUNDATION SCHOOL and THE RABBI
JACOB JOSEPH SCHOOL,

                Defendants.
------------------------------------------------------------X

**MEMORANDUM & ORDER**
09 CV 0353

DEARIE, District Judge.

I have reviewed defendants' responses to plaintiff's objections to Magistrate Judge Orenstein's Report and Recommendation (DE 105). My prior order denying the parties' respective motions for summary judgment (DE 102) stands. The parties are directed to appear for a pre-trial conference at May 19, 2011, at 10:30 AM.

SO ORDERED

Dated: Brooklyn, New York
       April 2/, 2011

                                      s/ Judge Raymond J. Dearie

                                      RAYMOND J. DEARIE
                                      United States District Judge